IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

NORMAN SIMMONDS                                                                    PETITIONER
Reg #51854-019

v.                                    Case No. 2:18-cv-00074-KGB/JJV

GENE BEASLEY, Warden,
FCI—Forrest City Low                                                               RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 4). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id*.). The Court therefore dismisses without prejudice petitioner Norman Simmonds' petition for writ of *habeas corpus* (Dkt. No. 1). The requested relief is denied.

Furthermore, the Court concludes that Mr. Simmonds is not entitled to a certificate of appealability because he has not made a substantial showing of a denial of a constitutional right. *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000) (determining that a substantial showing of the denial of a federal right requires a demonstration that reasonable jurists could debate whether, or for that matter agree that, the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further).

So ordered this the 11th day of July 2019.

_____
Kristine G. Baker
United States District Judge