# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**NORMAN SIMMONDS**　　　　　　　　　　　　　　　　　　　　　　　　**PETITIONER**
Reg #51854-019

**v.**　　　　　　　　　　Case No. 2:18-cv-00074-KGB/JJV

**GENE BEASLEY, Warden,**
**FCI—Forrest City Low**　　　　　　　　　　　　　　　　　　　　　　　　**RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that petitioner Norman Simmonds petition for writ of *habeas corpus* is dismissed without prejudice.

So adjudged this the 11th day of July 2019.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge